# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANNA MARIE CONTREREAS, )<br>as the Personal Representative of )<br>the Estate of VANUELAS )<br>NICHOLAS MARTINEZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RAYNON ANDREWS, et al., )<br>)<br>    Defendants. ) | Case No.: 5:17-cv-00567-MHH |

_____

| | |
|---|---|
| ANNA MARIE CONTRERARS, )<br>as personal representative of the )<br>Estate of VANEULAS NICHOLAS )<br>MARTINEZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MORGAN COUNTY )<br>COMMISSION, et al., )<br>)<br>    Defendants. ) | CASE NO.: 5:16-cv-00361-MHH |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Parties, by and through their undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41 that all claims against all Defendants are due to be dismissed with prejudice with the Parties bearing their

own costs, attorneys' fees, and expenses. Counsels for Plaintiff, for Southern Health Partners Defendants, and for Quality Correctional Health Care Defendants certify that they have the express permission and agreement of counsel for the Morgan County Defendants to file this Joint Stipulation of Dismissal on their clients' behalf with the Court and further certifies that the Plaintiff and Defendants have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted this 20th day of September, 2018.

**s/Henry F. (Hank) Sherrod III**
Henry F. (Hank) Sherrod III
HENRY F. SHERROD III, P.C.
119 South Court St.
Florence, Alabama 35630
hank@alcivilrights.com

**s/Tammy Shamsie-McCabe**
Tammy Shamsie-McCabe, Esq.
SHAMSIE-MCCABE LAW FIRM
7600 Highway 72, Suite 102
Madison, AL 35758
tm_mccabelaw@live.com

**s/LaBella S. Alvis**
LaBella S. Alvis, Esq.
M. Jansen Voss, Esq.
CHRISTIAN & SMALL, LLP
505 20th St., N, Suite 1800
Birmingham, AL 35203
lsalvis@csattorneys.com
mjvoss@csattorneys.com

**s/J. Randall McNeill**
J. Randall McNeill
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
rmcneill@webbeley.com

**s/Daniel F. Beasley**
Daniel F. Beasley, Esq.
J. Brad Emmons, Esq.
LANIER FORD SHAVER & PAYNE
P.O. Box 2087
Huntsville, AL 35804
dfb@LanierFord.com
jbe@LanierFord.com

**s/Joel A. Williams**
Joel A. Williams
FRIEDMAN DAZZIO ZULANAS & BOWLING, PC
3800 Corporate Woods Drive
Birmingham, AL 35242

2

**s/C. Richard Hill, Jr.**
C. Richard Hill, Jr.
CAPELL & HOWARD, PC
150 South Perry Street
P. O. Box 2069
Montgomery, AL  36102
Rick.hill@chlaw.com